David G. Hoiles, Jr. (SBN 185298)
hoilesd@jacksonlewis.com
Lindsay L. Ryan (SBN 258130)
Lindsay.ryan@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Tel:  (213) 689-0404
Fax: (213) 689-0430

Attorneys for Defendant
HALLIBURTON ENERGY SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS REYES; individually, and on behalf of other members of the general public similarly situated;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HALLIBURTON ENERGY SERVICES, INC., an unknown business entity; and DOES 1 through 1-100, inclusive;<br><br>　　　　　Defendants. | Case No.<br><br>DECLARATION OF WILLIAM L. BEDMAN IN SUPPORT OF DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA<br><br>Complaint Filed:　June 19, 2013<br>Trial Date:　　　None |

## DECLARATION OF WILLIAM L. BEDMAN

I, William L. Bedman, declare:

1.　I am over the age of 18 and competent to testify.  The following facts are based on my personal knowledge, or based on my personal review of records kept in the course of regularly conducted business activities by Halliburton Energy Services, Inc. ("Halliburton"), and if called as a witness, I can and will competently testify hereto.  I submit this declaration in support of Halliburton's Notice of Removal of Civil Action.

---

2. I currently am the Senior Director, HR Legal for Halliburton. As the Senior Director, HR Legal, I am familiar with Halliburton's corporate structure and its executive, administrative, financial and management functions.

3. Since the filing of the Complaint in this action, Halliburton has at all times been a corporation formed under the laws of the State of Delaware, with its principal place of business and corporate headquarters located at 3000 No. Sam Houston Parkway E, Houston, Texas 77042. The State of Texas is where all of Halliburton's primary executive, administrative, financial and management functions are conducted and where most of Halliburton's high level officers direct, control, and coordinate the corporation's activities.

4. Of Halliburton's 15 corporate officers, 11 are employed in Texas. The only corporate officers who do not work in Texas are the Chairman of the Board, President and Chief Executive Officer (Dubai, United Arab Emirates), President – Eastern Region (Dubai, United Arab Emirates), President – Western Region (Colorado) and Vice President – Governmental Affairs (Washington, D.C.). As such, all but four of Halliburton's corporate officers work within the state of Texas and none work in the State of California. Halliburton's Board of Directors typically meets in Texas.

I declare under penalty of perjury under the laws of the State of California and the United States of America that I have personal knowledge of the facts stated herein except as to those matters based on information and belief and, as to those matters, I believe them to be true.

Executed this 2nd day of August, 2013 at Houston, Texas.

WILLIAM L. BEDMAN

4836-5155-6629, v. 1