David G. Hoiles, Jr. (SBN 185298)
hoilesd@jacksonlewis.com
Lindsay L. Ryan (SBN 258130)
Lindsay.ryan@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
HALLIBURTON ENERGY SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS REYES; individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC., an unknown business entity; and DOES 1 through 1-100, inclusive;<br><br>Defendants. | Case No.<br><br>DECLARATION OF PATRICIA TRAMPE IN SUPPORT OF DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA<br><br>Complaint Filed: June 19, 2013<br>Trial Date: None |

### DECLARATION OF PATRICIA TRAMPE

I, Patricia Trampe, declare:

1. I am over the age of 18 and competent to testify. The following facts are based on my personal knowledge, or based on my personal review of records kept in the course of regularly conducted business activities by Halliburton Energy Services, Inc. ("Halliburton"), and if called as a witness, I can and will competently testify hereto. I submit this declaration in support of Halliburton's Notice of Removal of Civil Action.

2. I currently am employed by Halliburton as a Human Resources Manager. In the course and scope of my employment as a Human Resources Manager for Halliburton, I am familiar with employment-related files kept by Halliburton in the regular and ordinary course of business including, but not limited to, personnel files of Halliburton's employees, including the personnel file of Plaintiff Marcos Reyes ("Plaintiff"). Further, in the course and scope of my employment as a Human Resources Manager, I am familiar with Halliburton's operations in California and regularly review, and thus am familiar with, Halliburton's human resource and employment-related policies and procedures.

3. Based on my review of Plaintiff's personnel file, I have personal knowledge that Plaintiff's last known residence is located in California. In addition, during the entirety of Plaintiff's employment with Halliburton, the residential address Plaintiff provided to Halliburton was a California address.

4. Based on my personal knowledge and review of records kept in the course of regularly conducted business activities by Halliburton, I am aware that between June 19, 2009 and the present, Halliburton has employed more than 1,000 individuals full-time in non-exempt positions in California that require them to work on-site in oil fields and on oil rigs within the State of California, and that 557 of such individuals no longer are employed by Halliburton. I further am aware that between June 19, 2009 and the present, Halliburton has on average employed at least 400 individuals in California full-time in non-exempt positions in California that require them to work on-site in oil fields and on oil rigs within the State of California. I also am aware that the average hourly rate of pay for all such employees during the period between June 19, 2009 and the present has been at least $9.84.

5. Based on my personal knowledge, I am aware that from at least June 19, 2012 to the present Halliburton has paid its hourly employees, including all of those employed in California in non-exempt positions that require them to work on-site in oil

fields and on oil rigs within the State of California every two weeks, with payment being made every other Friday.

I declare under penalty of perjury under the laws of the State of California and the United States of America that I have personal knowledge of the facts stated herein except as to those matters based on information and belief and, as to those matters, I believe them to be true.

Executed this 5th day of August, 2013 at Bakersfield, California.

*Patricia A Trampe*
PATRICIA TRAMPE

4828-0941-9029, v. 2