David G. Hoiles, Jr. (SBN 185298)
hoilesd@jacksonlewis.com
Lindsay L. Ryan (SBN 258130)
lindsay.ryan@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Tel:  (213) 689-0404
Fax: (213) 689-0430

Attorneys for Defendant
HALLIBURTON ENERGY SERVICES, INC.

# UNITED STATE DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS REYES; individually, and on behalf of other members of the general public similarly situated;<br><br>            Plaintiffs,<br><br>   v.<br><br>HALLIBURTON ENERGY SERVICES, INC., an unknown business entity; and DOES 1 through 1-100, inclusive;<br><br>            Defendants. | Case No.<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>(Filed concurrently with Notice of Removal of Action, Declarations of William L. Bedman, Patricia Trampe, and David G. Hoiles, Jr., and and Civil Case Cover Sheet) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

The undersigned counsel of record for Defendant Halliburton Energy Services, Inc. ("Defendant") certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Marcos Reyes; and
2. Defendant Halliburton Energy Services, Inc.

Dated: August 5, 2013

Respectfully submitted,

JACKSON LEWIS LLP

By: _____
David G. Hoiles, Jr.
Lindsay L. Ryan

Attorneys for Defendant
HALLIBURTON ENERGY SERVICES, INC.

4848-5912-5269, v. 1