David G. Hoiles, Jr. (SBN 185298)
Lindsay L. Ryan (SBN 258130)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Tel:  (213) 689-0404
Fax: (213) 689-0430
Email: hoilesd@jacksonlewis.com
       lindsay.ryan@jacksonlewis.com

Attorneys for Defendant
HALLIBURTON ENERGY SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS REYES; individually, and on behalf of other members of the general public similarly situated;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HALLIBURTON ENERGY SERVICES, INC., an unknown business entity; and DOES 1 through 1-100, inclusive;<br><br>　　　　　Defendants. | Case No.<br><br>**PROOF OF SERVICE RE:**<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441(a) AND (b) (DIVERSITY) AND ITS SUPPORTING DOCUMENTS**<br><br>(Filed concurrently with Notice of Removal of Action, Declarations of William L. Bedman, Patricia Trampe and David G. Hoiles, Jr., Notice of Interested Parties and Civil Case Cover Sheet) |

---

*Reyes v. Halliburton Energy Services, Inc., LLC, et al.*
Case No.:

1

PROOF SERVICE RE REMOVAL OF ACTION

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CASE NAME: *Reyes v. Halliburton Energy Services, Inc.*

CASE NO.:

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

On **August 5, 2013**, I served the foregoing document described as:

1. NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441(a) AND (b) (DIVERSITY);

2. DECLARATION OF WILLIAM L. BEDMAN IN SUPPORT OF DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA;

3. DECLARATION OF PATRICIA TRAMPE IN SUPPORT OF DEFENDANT HALLIBURTON ENERGY SERVICES, INC.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA;

4. DECLARATION OF DAVID G. HOILES, JR. IN SUPPORT OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. SECTIONS;

5. CIVIL COVER SHEET; AND

6. NOTICE OF INTERESTED PARTIES

in this action by transmitting a true copy thereof enclosed in a sealed envelope addressed as follows:

| | | |
|---|---|---|
| 1 | | |
| 2 | EDWIN AIWAZIAN, ESQ.<br>**LAWYERS FOR JUSTICE, PC** | ATTORNEYS FOR PLAINTIFFS |
| 3 | 410 WEST ARDEN AVENUE, SUITE 203<br>GLENDALE, CALIFORNIA 91203 | |
| 4 | PHONE:   (818) 265-1020<br>FAX:       (818) 265-1021 | |
| 5 | | |
| 6 | DOUGLAS HAN, ESQ.<br>**LAW OFFICE OF DOUGLAS HAN** | ATTORNEYS FOR PLAINTIFFS |
| 7 | 410 WEST ARDEN AVENUE, SUITE 206<br>GLENDALE, CALIFORNIA 91203 | |
| 8 | PHONE:      (818) 230-7502<br>FAX:          (818) 230-7259 | |

☒ **BY MAIL:**
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY NOTICE OF ELECTRONIC FILING:**
The above-listed counsel have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

☒ **FEDERAL:**
I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 5, 2013**, at Los Angeles, California.

_____
ELIZABETH GARCIA-ZAPATA

4821-7490-1781, v. 1

---

*Reyes v. Halliburton Energy Services, Inc., LLC, et al.*
Case No.:                                              3                    PROOF SERVICE RE REMOVAL OF ACTION