1  V. Andre Sherman (SBN 198684)
   *asherman@girardikeese.com*
2  **GIRARDI & KEESE**
3  1127 Wilshire Boulevard
   Los Angeles, California 91203
4  Tel: (213) 977-0211
   Fax: (213) 481-1554
5

6  Douglas Han, Esquire (SBN 232858)
   *dhan@justicelawcorp.com*
7  **JUSTICE LAW CORPORATION**
8  410 Arden Avenue, Suite 206
   Glendale, California 91203
9  Tel: (818) 230-7502
   Fax: (818) 230-7259
10

11 Edwin Aiwazian (SBN 232943)
   *edwin@lfjpc.com*
12 Arby Aiwazian (SBN 269827)
   *arby@lfjpc.com*
13 Jonathan M. Lebe (SBN 284605)
14 *jon@lfjpc.com*
   **LAWYERS *for* JUSTICE, PC**
15 410 West Arden Avenue, Suite 203
   Glendale, California 91203
16 Tel: (818) 265-1020
17 Fax: (818) 265-1021

18 *Attorneys for* Plaintiff Marcos Reyes
19
20 David G. Hoiles, Jr. (SBN 185298)
   *hoilesd@jacksonlewis.com*
21 Lindsay L. Ryan (SBN 258130)
   *lindsay.ryan@jacksonlewis.com*
22 **JACKSON LEWIS LLP**
23 725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017
24 Tel: (213) 689-0404
   Fax: (213) 689-0430
25
26 Attorneys for Halliburton Energy Services, Inc.

27 / / /

28 / / /

**JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCOS REYES; individually, and on behalf of other members of the general public similarly situated;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HALLIBURTON ENERGY SERVICES, INC., an unknown business entity; and Does 1 through 100, inclusive;<br><br>　　　　　Defendants. | Case No. 1:13-cv-01223-LJO-JLT<br><br>Honorable Lawrence J. O'Neill<br><br>**JOINT STIPULATION FOR DISMISSAL AND ORDER.** |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated and agreed that the above-entitled action be dismissed in its entirety, without prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation.

Date: September 10, 2013          **JUSTICE LAW CORPORATION**

By:  /s/ Douglas Han

Douglas Han
*Attorneys for* Plaintiff Marcos Reyes

Date: September 10, 2013          **JACKSON LEWIS LLP**

By:  /s/ David Hoiles, Jr.

David Hoiles, Jr.
*Attorneys for* Defendant Halliburton Energy Services, Inc.

Based on the stipulation of the parties **IT IS HEREBY ORDERED** that this entire action is dismissed without prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **September 10, 2013**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1